**2009–1913. Thompson v. State.**
In Habeas Corpus. On petition for writ of habeas corpus of Ivan W. Thompson. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2008–1464. State ex rel. Cambridge Home Health Care, Inc. v. Indus. Comm.**
In Mandamus. On request for oral argument. Request denied.

O'DONNELL, J., dissents.

**2009–0104. Pennsylvania Gen. Ins. Co. v. Park–Ohio Industries, Inc.**
Cuyahoga App. No. 90619, 179 Ohio App.3d 385, 2008-Ohio-5991. On motion for admission pro hac vice of Philip R. Matthews and William J. Baron by Donald A. Lane. Motion granted.

**2009–0755. State ex rel. Wickensimer v. Bartleson.**
Lucas App. No. L–09–1049, 2009-Ohio-1477. On motion to assess costs to appellee. Motion denied.

**2009–0756. Nursing Care Mgt. of Am., Inc. v. Ohio Civ. Rights Comm.**
Licking App. No. 08CA0030, 181 Ohio App.3d 632, 2009-Ohio-1107. On motion for admission pro hac vice of Emily Schlesinger by Benjamin C. Mizer. Motion granted.

**2009–1058. Sigler v. State.**
Richland App. No. 08–CA–79, 2009-Ohio-2010. On motion for stay of court of appeals' judgment. Motion granted.

CUPP, J., dissents.

**2009–1807. State v. Little.**
Miami App. No. 2008 CA 18, 2009-Ohio-4403. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, O'DONNELL, and CUPP, JJ., dissent.

**2009–1823. State v. Razo.**
Lorain App. No. 08CA009509, 2009-Ohio-3405. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2009–1832. Smallwood v. State.**
Butler App. No. CA2009–02–057, 2009-Ohio-3682. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; cause consolidated with 2009–1525, *Smallwood v. State*, Butler App. No. CA2009–02–057, 2009-Ohio-3682; and briefing schedule stayed.

**2009–1833. State v. Luna.**
Butler App. No. CA2008–04–115, 2009-Ohio-3421. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., and O'DONNELL, J., dissent.

**2009–1884. State v. Fields.**
Summit App. No. 24330, 2009-Ohio-1053. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2009–1885. State v. Wilson.**
Cuyahoga App. No. 91091, 182 Ohio App.3d 171, 2009-Ohio-1681. On motion for leave to file delayed appeal. Motion granted.

LUNDBERG STRATTON, LANZINGER, and CUPP, JJ., dissent.